IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CRIMINAL NO. 2:18-cr-00010 KS-MTP** |
| **PAUL RUFF** | **DEFENDANT** |

## ORDER ON RESTITUTION

CAME THIS DAY for consideration by the Court the amount of restitution to be paid by the Defendant in the above styled case; and the attorneys for the government and the Defendant having met, conferred and worked to determine the appropriate amount of restitution in this case, have agreed that restitution in the amount of $ 48,588.75 should be ordered to be paid by the Defendant in this case; and the Court having considered said agreement, does hereby adopt that finding.

IT IS THEREFORE ORDERED that the Defendant pay the amount of $ 48,588.75 as restitution to Trustmark National Bank in this case.

SO ORDERED, this the  11th  day of  December , 2019.

  s/Keith Starrett  
UNITED STATES DISTRICT COURT JUDGE