IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


UNITED STATES OF AMERICA                                              PLAINTIFF


VS.                                              CRIMINAL NO. 2:18-CR-10-KS-MTP


PAUL RUFF                                                          DEFENDANT

### SUPPLEMENTAL ORDER ON RESTITUTION


The Court entered an Order on Restitution [53] on December 11, 2019. It has come to the Court's attention that the Order did not specify the terms of payment for the $48,588.75 in Restitution which was Ordered.

Restitution shall be paid in monthly installments of $500.00. The monthly payment on the Fine of $250.00 per month will be suspended until such time that the Restitution is paid in full.

IT IS THEREFORE ORDERED that the Defendant shall pay $500.00 per month toward the Ordered Restitution amount of $48,588.75 with monthly installments beginning immediately, and this payment of $500.00 shall be paid monthly until the Restitution is paid in full.

IT IS FURTHER ORDERED that the monthly fine payment of $250.00 is hereby suspended until the Restitution is paid in full.

SO ORDERED this the ___16th_____ day of December 2019.


___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE