IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                  DOCKET: 2:18CR10KS-MTP-001

PAUL RUFF

<u>ORDER</u>

COMES NOW, the United States Probation Office of the Southern District of Mississippi requesting the removal of Special Condition Number Two (2) as ordered on the Judgment and Commitment Order dated October 2, 2019: *Upon release from the community corrections center, the defendant shall serve six (6) months of home detention with electronic monitoring and shall pay the cost of electronic monitoring.*

Based on the current COVID-19 pandemic and CDC recommendations of social distancing, installation and frequent inspection of the location monitoring unit could have adverse effects to both the United States Probation Office and to the defendant. Additionally, the defendant completed his term of incarceration, is currently residing at Dismas Charities, will be released into the community in July 2020, and has gained lawful employment. Should any further issues of noncompliance arise, the Court would be notified immediately.

NOW, THEREFORE, IT IS HEREBY ORDERED that Special Condition Number Two (2) as ordered on October 2, 2019 be immediately removed.

SO ORDERED this  6th  day of  July  , 2020.

                                                    s/Keith Starrett  
                                                   U.S. District Judge